# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA ANN WALDER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 1:15-cv-00433-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE<br><br>Docs. 1, 5, 6, 7, 8 |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY**

## ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Barbara Ann Walder benefits under the Social Security is affirmed; and

4. The Clerk of Court shall close this case.

Dated: March 31, 2016

                                                  s/Gerald B. Cohn
                                                GERALD B. COHN
                                  UNITED STATES MAGISTRATE JUDGE